## THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE:                  ) CHAPTER 13
                      ) CASE NO: 17-52365
CAROL MANUEL         )
                      ) ALAN M. KOSCHIK
                      ) BANKRUPTCY JUDGE
           DEBTOR(S)    )
                      ) TRUSTEE'S MOTION TO DISMISS AS 341
                      ) FIRST MEETING OF CREDITORS CANNOT
                      ) BE CONCLUDED AND 30 DAY OBJECTION
                      ) PERIOD

      Now comes Keith L. Rucinski, the Chapter 13 Trustee, and hereby moves this Court for an order of dismissal pursuant to 11 USC § 1307 (c)(1) and Rule 4002. The Debtor(s) failure to timely supply necessary information has hindered the Trustee's ability to administer the case and has caused unnecessary delay by the Debtor(s) which is prejudicial to creditors as the Debtor(s) is enjoying the automatic stay provided by 11 USC § 362 while hindering repayment to creditors by failing to provide necessary information to conclude the 341 meeting. Until the 341 meeting is concluded the Trustee cannot recommend the case for confirmation. Creditors cannot be paid until the case is confirmed by the Court.

      On **10/03/2017**, the above named Debtor(s) filed a petition for relief under Chapter 13 of the bankruptcy code.

      The original date for the First Meeting of Creditors was **11/09/2017**, and has been adjourned several times because the Debtor(s) and attorney for the Debtor(s) have failed to supply the Trustee with certain required information. The Debtor(s) and attorney for the Debtor(s) were instructed to provide the following information to the Trustee.

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

_____ Tax Returns             _____ Proof of auto insurance

_____ Financial Statements      _____ Proof of homeowners insurance

_____ Chapter 13 Payment      __X__ See Below for issues regarding
                                   Chapter 13 Plan

_____ Pay stubs

**-PLAN IS NOT FEASIBLE - NEED PAYMENTS OF $1727 PER MONTH**
**-AMEND PLAN TO STATE 2007 FORD ESCAPE IS BEING SURRENDERED TO CAR FINANCIAL**

WHEREFORE, the Chapter 13 Trustee hereby moves this Court for an order of dismissal of the above Chapter 13 case for all the reasons stated herein.

## NOTICE

**Pursuant to 11 USC § 102, unless a party in interest requests a hearing on this pleading, the Court may grant the relief requested without a hearing or further notice.**

**Parties that want to be heard on this matter must file a response to this pleading within 30 days from the date in the below certificate of service.**

**The response must be filed with the US Bankruptcy Court at:**

**US Bankruptcy Court**
**2 South Main Street**
**455 John F. Seiberling Federal Building**
**Akron, Ohio 44308-1810**

**In addition to filing a response with the Court, parties requesting a hearing must serve all parties in the below certificate of service either through the mailing address provided or, where applicable, by the Court's Electronic Filing System (ECF).**

Respectfully submitted,


**/s/ Keith L. Rucinski**
Keith L. Rucinski,Chapter 13 Trustee
Ohio Reg. No. 0063137
Joseph A. Ferrise, Staff Attorney
Ohio Reg., No 0084477
One Cascade Plaza, Suite 2020
Akron, OH  44308
Tel 330.762.6335
Fax 330.762.7072
**krucinski@ch13akron.com**
**jferrise@ch13akron.com**

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072

<u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on 03/22/2018, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

CAROL MANUEL
1885 RIDGE MEADOW CT
TWINSBURG, OH  44087

<u>Via ECF</u>

RICK S PLUMA, ESQ (RPLUMA@OHIOLEGALCLINIC.COM)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

Date of Service: 03/22/2018     By: H. Byler
              Office of the Chapter 13 Trustee

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH  44308
(330)762-6335
Fax
(330)762-7072